# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 399 MAL 2019

        Petitioner

        :   Petition for Allowance of Appeal

        :   from the **Published Opinion and**

        v.        :   **Order** of the Superior Court at No.

        :   1505 EDA 2018, at 212 A.3d 526

        :   (Pa. Super. 2019) entered on June

JAMAL ALSTON,         :   6, 2019, **affirming, vacating and**

        :   **remanding** the Judgment of

        Respondent        :   Sentence of the Montgomery

        :   County Court of Common Pleas at

        :   No. CP-46-CR-0007162-2013

        :   entered on September 23, 2016

## ORDER

**PER CURIAM**                  **DECIDED: June 26, 2024**

     **AND NOW**, this 26th day of June, 2024, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Court of Common Pleas for reconsideration in light of this Court's decision in *Commonwealth v. Torsilieri*, __ A.3d __, 2024 WL 2789201 (Pa. filed. May 31, 2024).